No. 04–6831. MEYER *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVI-

924

SION. C. A. 5th Cir. Certiorari denied.